1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    CASE NO.  2:17-CR-077 JAM

12                          Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                                TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                  v.                          FINDINGS AND ORDER

14 MARTIN GASCA-ROJAS,                          DATE: August 29, 2017
                                                TIME: 9:15 a.m.
15                          Defendant.          COURT: Hon. John A. Mendez

16

17                              **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and Defendant, by and

19 through Defendant's counsel of record, hereby stipulate as follows:

20         1.      This matter is presently set for a status conference on August 29, 2017.  By this

21 stipulation, the parties now move to continue the status conference until September 19, 2017 at 9:15

22 a.m., and to exclude time between August 29 and September 19, 2017 at 9:15 a.m., under Local Code

23 T4.

24         2.      The parties agree and stipulate, and request that the Court find the following:

25         a)      The Government has provided approximately 226 pages of discovery and made a

26 number of audio and video files available to defense counsel, which counsel has reviewed.  The

27 Government has an additional audio/video file for Defendant's counsel to review, and the parties

28 are working on a protective order.

b)      Counsel for Defendant needs time to review the discovery, conduct his investigation, and continue to consult with Defendant about how to proceed with the case, including whether to pursue a resolution with the Government.

c)      Counsel for Defendant submits that failure to grant the requested continuance would deny him reasonable time to consult with his client and assess how to proceed with this case, including whether and on what terms to resolve the case, taking into account the exercise of due diligence.

d)      The Government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29 to September 19, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1  must commence.

2      IT IS SO STIPULATED.

3

4  Dated:  August 25, 2017                        PHILLIP A. TALBERT
                                                  United States Attorney

5

6                                                 /s/ OWEN ROTH
                                                  OWEN ROTH
7                                                 Assistant United States Attorney

8

9  Dated:  August 25, 2017                        /s/ DOUGLAS BEEVERS
                                                  DOUGLAS BEEVERS
10                                                Counsel for Defendant
                                                  MARTIN GASCA-ROJAS
11

12

13

14                              **FINDINGS AND ORDER**

15      IT IS SO FOUND AND ORDERED this 28th day of August, 2017.

16

17                                                /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
18                                                UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28