PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-077 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARTIN GASCA-ROJAS, | DATE: September 26, 2017 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. This matter is presently set for a status conference on October 3, 2017. By this stipulation, the parties now move to continue the status conference until November 14, 2017, and to exclude time between the date of this stipulation, September 25, and November 14, 2017, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The Government has provided approximately 226 pages of discovery and made a number of audio and video files available to defense counsel, which counsel has reviewed. The Government has also produced a series of audio files and some additional photos to Defendant that were previously made available for review. The Government has an additional audio/video

file for Defendant's counsel to review, and the parties are working on a protective order.

      b)      Counsel for Defendant needs time to review the discovery, conduct his investigation, and continue to consult with Defendant about how to proceed with the case, including whether to pursue a resolution with the Government.

      c)      Counsel for Defendant submits that failure to grant the requested continuance would deny him reasonable time to consult with his client and assess how to proceed with this case, including whether and on what terms to resolve the case, taking into account the exercise of due diligence.

      d)      The Government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 25 to November 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

      g)      The parties note for the record that six days have run under the Speedy Trial Act, from September 19 to September 25.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated: September 25, 2017                PHILLIP A. TALBERT
                                         United States Attorney


                                          /s/ OWEN ROTH
                                         OWEN ROTH
                                         Assistant United States Attorney


Dated: September 25, 2017                 /s/ DOUGLAS BEEVERS
                                         DOUGLAS BEEVERS
                                         Counsel for Defendant
                                         MARTIN GASCA-ROJAS


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of September, 2017.

                                          /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE