HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN GASCA-ROJAS,<br><br>　　　　　　Defendant. | No. 2:17-cr-00077-JAM<br><br>**REQUEST FOR EXTENSION OF TIME; ORDER**<br><br>**RETROACTIVE CRIMINAL HISTORY CASE**<br><br>Judge:  Honorable JOHN A. MENDEZ |

　　　On April 18, 2024, the Court issued a briefing schedule in the above-entitled matter, setting a deadline of May 30, 2024, by which the Office of the Federal Defender is to file a status report, motion, or stipulation. ECF 79.  Despite diligent efforts, the undersigned has been unable to communicate with Mr. Gasca-Rojas, who is incarcerated at Butner Low FCI.

　　　Accordingly, the undersigned requests an extension of time to June 28, 2024, to file a status report, motion, or stipulation, and prays the Court issue the proposed order lodged herewith.  This is the second request for extension, and is not interposed to unduly delay

///

///

///

///

the proceedings, gain an unfair advantage, or for any other improper purpose.  Counsel for the government, Assistant U.S. Attorney Shelley D. Weger, graciously indicated she has no opposition to the request.

Dated:  May 28, 2024

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ *David M. Porter*
                                    DAVID M. PORTER
                                    Assistant Federal Defender

# ORDER

Pursuant to defense counsel's unopposed request, and good cause appearing therefor, the request is **GRANTED**.  The time for the Office of the Federal Defender to file a status report, motion, or stipulation, set forth in this Court's April 18, 2024 minute order, ECF 79, is **EXTENDED** to **June 28, 2024**.

Dated: May 30, 2024              /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE