HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARTIN GASCA-ROJAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN GASCA-ROJAS,<br><br>Defendant. | No. 2:17-cr-00077-JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable JOHN A. MENDEZ |

Defendant, MARTIN GASCA-ROJAS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a);

3. On October 23, 2018, this Court sentenced Mr. Gasca-Rojas to 151 months as to each of counts one, two, and three, to be served concurrently;

4. Mr. Gasca-Rojas's total offense level was 34, his criminal history category was I (having no criminal history points), and the resulting guideline range was 151 to 188 months, with a statutory mandatory minimum of 10 years;

5. The sentencing range applicable to Mr. Gasca-Rojas was subsequently lowered by the zero-point provision;

6. Mr. Gasca-Rojas is eligible for a reduction in sentence, which reduces his total offense level by 2 from 34 to 32, resulting in an amended advisory guideline range of 121 to 151 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Gasca-Rojas's term of imprisonment to 121 months as to each of courts one, two and three, to run concurrently;

8. If the Court grants the parties' stipulation, the parties further request the Court dismiss the *pro se* motion for sentence reduction filed by Mr. Gasca-Rojas on February 20, 2024, ECF No. 76, as moot.

The following statements are provided by Mr. Gasca-Rojas and the United States, respectively, and are not part of the parties' stipulation;

1. <u>Mr. Gasca-Rojas's statement regarding the stipulation</u>: Defendant's counsel enters into this stipulation after having examined the pertinent documents, including the presentence report, statement of reasons, and judgment. Mr. Gasca-Rojas was in continuous pretrial custody without any rule violations. PSR 4. Since being incarcerated, he has built a solid record of rehabilitation, securing a sought-after UNICOR position in textiles. He has completed numerous education courses, including money smart for older adults, real estate, and prison fellowship. He maintains an exemplary disciplinary record and has no incident reports. He has completed his financial responsibility payments.

2. <u>United States' statement regarding its stipulation</u>: The United States enters into this stipulation after reviewing the Presentence Investigation Report ("PSR"); government's sentencing memorandum, ECF No. 64; Reporter's Transcript of Judgment and Sentencing, ECF No. 72; defendant's sentencing memorandum, ECF No. 61; Statement of Reasons ("SOR"); Judgment, ECF No. 67; defendant's Bureau of Prisons ("BOP") disciplinary history as of April 9, 2024, and after consultation with one of the prosecuting Assistant United States Attorney.

Between October 2016 and May 2017, a confidential source made three controlled purchases of methamphetamine from Gasca-Rojas. Gasca-Rojas was subsequently charged with and pleaded guilty to three counts of distribution of fifty grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Defendant elected to enter these guilty pleas the morning a federal jury trial was set to begin. ECF Nos. 56, 64 at 1. At sentencing, Gasca-Rojas was held accountable for selling 1.75 kilograms of methamphetamine (actual). PSR ¶¶ 17, 24; Statement of Reasons at 1 (adopting PSR without change to the guidelines). The probation officer and the government both recommended a sentence at the low end of the applicable guideline range, a sentence of 151 months in prison. ECF No. 64 at 1. The Court imposed a sentence of 151 months on each of the three counts, Counts 1, 2 and 3, to be served concurrently, for a total term of 151 months. ECF No. 67 at 2.

According to information on BOP's website, Gasca-Rojas is currently incarcerated at Butner Low FCI with a release date of February 5, 2028. *See* https://www.bop.gov/inmateloc//. BOP records show that as of April 9, 2024, Gasca Rojas has not sustained any disciplinary incidents.

Respectfully submitted,

Dated: June 26, 2024                    Dated: June 26, 2024

PHILLIP A. TALBERT                     HEATHER E. WILLIAMS
United States Attorney                 Federal Defender

 /s/ *Shelley D. Weger*                 /s/ *David M. Porter*
SHELLEY D. WEGER                       DAVID M. PORTER
Assistant U.S. Attorney                Assistant Federal Defender

Attorney for Plaintiff                 Attorney for Defendant
UNITED STATES OF AMERICA               MARTIN GASCA-ROJAS

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds Mr. Gasca-Rojas is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 34 to 32, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2018 is reduced to a term of 121 months on each of counts one, two, and three, to run concurrently.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare amended judgment reflecting the above reduction in sentence.

IT IS FURTHER ORDERED that the *pro se* motion for a sentence reduction filed by Mr. Gasca-Rojas on February 20, 2024, ECF No. 76, is **DISMISSED AS MOOT**.

Unless otherwise ordered, Mr. Gasca-Rojas shall report to the United States Probation Office within seventy-two hours after his release.

Dated: July 02, 2024              /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE