# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.

MARTIN GASCA-ROJAS

Case No: 2:17-cr-00077-JAM

USM No: 76487-097

Date of Original Judgment: 10/23/2018
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

David M. Porter, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 151 months on each of Counts 1, 2, 3, to be served concurrently, for a total sentence of 151 months **is reduced to** 121 months on each of Counts 1, 2, 3, to be served concurrently, for a total sentence of 121 months.

Except as otherwise provided, all provisions of the judgment dated 10/26/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/02/2024

/s/ John A. Mendez
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Senior District Judge John A. Mendez
*Printed name and title*